No. 95–6545. WALKER, AKA HARRELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6548. KEEGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6549. JEMERIGBE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6553. MAHAFFEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–6559. ALLISON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–310. ST. JUDE HOSPITAL OF KENNER, LOUISIANA, INC., ET AL. v. TRAVELERS INSURANCE CO. C. A. 5th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 95–324. MICHIGAN v. GARCIA. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–493. OKLAHOMA v. FLORES. Ct. Crim. App. Okla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–6008. ISAACS v. THOMAS, WARDEN. Super. Ct. Ga., Butts County. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 94–1910. DYKEMA v. VOLKSWAGENWERK AG ET AL., *ante,* p. 811;
No. 94–1948. HARREL v. UNIVERSITY OF HOUSTON ET AL., *ante,* p. 813;
No. 94–1960. FREEMAN ET VIR v. SIMON ET AL., *ante,* p. 814;
No. 94–1975. BARDNEY v. UNITED STATES, *ante,* p. 815;
No. 94–1986. VISWANATHAN v. MISSISSIPPI COUNTY COMMUNITY COLLEGE BOARD OF TRUSTEES, *ante,* p. 815;
No. 94–2023. DALBERTO v. PENNSYLVANIA, *ante,* p. 818;
No. 94–2091. BARTON ET AL. v. AMERICAN RED CROSS ET AL., *ante,* p. 822;

No. 94–9215.  LEEDY *v.* AGRIBANK, FCB, *ante,* p. 827;

No. 94–9220.  RATNAWEERA ET UX. *v.* RESOLUTION TRUST CORPORATION ET AL., *ante,* p. 828;

No. 94–9306.  MALONEY *v.* GLADSTONE ET AL., *ante,* p. 830;

No. 94–9313.  MORRIS, AKA PRUITT *v.* RIVERS, WARDEN, *ante,* p. 830;

No. 94–9335.  GIVENS *v.* LOUISIANA, *ante,* p. 831;

No. 94–9353.  SPINNER ET UX. *v.* COUNTY OF LOS ANGELES, DEPARTMENT OF PUBLIC WORKS, ET AL., *ante,* p. 832;

No. 94–9359.  GASKINS *v.* RUNYON, POSTMASTER GENERAL, *ante,* p. 832;

No. 94–9373.  BATTLE *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 833;

No. 94–9405.  IN RE ECHOLS, *ante,* p. 805;

No. 94–9423.  FOTI *v.* CAMERON ET AL., *ante,* p. 835;

No. 94–9456.  RIVERA *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 836;

No. 94–9587.  TRICE *v.* WILLIAMS ET AL., *ante,* p. 844;

No. 94–9599.  MARTEL *v.* NEW HAMPSHIRE; and MARTEL *v.* CITY OF CONCORD, *ante,* p. 844;

No. 94–9641.  ISHMAEL *v.* UNITED STATES, *ante,* p. 818;

No. 94–9660.  TESTA *v.* HOTEL EMPLOYEES & RESTAURANT EMPLOYEES INTERNATIONAL UNION, AFL–CIO, ET AL., *ante,* p. 848;

No. 94–9725.  JENKINS *v.* KANSAS, *ante,* p. 852;

No. 95–18.  O'NEAL *v.* JUDICIAL QUALIFICATION COMMISSION OF GEORGIA, *ante,* p. 862;

No. 95–94.  SALAZAR *v.* PRICE CO. ET AL., *ante,* p. 865;

No. 95–161.  TRIEM ET AL. *v.* TAMICO, INC., *ante,* p. 868;

No. 95–183.  BRAZIL-BREASHEARS *v.* BILANDIC ET AL., *ante,* p. 869;

No. 95–5037.  SHEA *v.* SHEA, *ante,* p. 873;

No. 95–5070.  JENKINS *v.* STUART ET AL., *ante,* p. 875;

No. 95–5091.  BEALS *v.* DEL PAPA, ATTORNEY GENERAL OF NEVADA, ET AL., *ante,* p. 876;

No. 95–5132.  WISHON *v.* CITY OF JACKSONVILLE, FLORIDA, *ante,* p. 879;

No. 95–5148.  JOHNSON *v.* UNITED STATES, *ante,* p. 880;

No. 95–5163.  BISHOP *v.* STATE BAR OF GEORGIA, *ante,* p. 880;

No. 95–5178.  COLLIER *v.* CALIFORNIA, *ante,* p. 881;

No. 95–5185.  BARRETT *v.* FIELDHOUSE ET AL., *ante,* p. 881;

No. 95–5206. MIDDLETON v. KENTUCKY, *ante*, p. 882;

No. 95–5254. REEVES v. VANCE ET AL., *ante*, p. 885;

No. 95–5267. TURNER v. MERIT SYSTEMS PROTECTION BOARD, *ante*, p. 886;

No. 95–5268. WINTERS v. GENERAL MOTORS ACCEPTANCE CORP. ET AL., *ante*, p. 886;

No. 95–5274. JENKINS v. MCBRIDE, WARDEN, ET AL., *ante*, p. 875;

No. 95–5275. PAQUETTE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 886;

No. 95–5278. RUTHERFORD v. HAILEY, *ante*, p. 887;

No. 95–5308. PANKEY v. CARNAHAN, GOVERNOR OF MISSOURI, ET AL.; and PANKEY v. COOK ET AL., *ante*, p. 888;

No. 95–5389. JOHNSON v. EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 893;

No. 95–5408. CURIALE v. ALASKA ET AL., *ante*, p. 894;

No. 95–5468. LINDOW v. UNITED STATES, *ante*, p. 897;

No. 95–5490. KETCHUM v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., *ante*, p. 898;

No. 95–5577. RIVERA v. LONG ISLAND RAILROAD, *ante*, p. 921; and

No. 95–5925. GROSSI v. UNITED STATES, *ante*, p. 927. Petitions for rehearing denied.

No. 94–1841. RUYLE ET AL. v. CONTINENTAL OIL CO., *ante*, p. 906; and

No. 95–79. OLSZEWSKI v. AMERICAN TELEPHONE & TELEGRAPH CO., *ante*, p. 906. Petitions for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

## NOVEMBER 28, 1995

No. 95–544. CENTENNIAL LIFE INSURANCE CO. ET AL. v. KELLEY ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

No. 94–1893. UNITED STATES ET AL. v. CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF VIRGINIA ET AL.; and

No. 94–1900. NATIONAL CABLE TELEVISION ASSN., INC. v. BELL ATLANTIC CORP. ET AL. C. A. 4th Cir. [Certiorari